AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| | | |
|---|---|---|
| GARY C. ALTIERI, <br><br> *Plaintiff(s)* <br> v. <br> GOTHAM DIAGNOSTIC IMAGING, P.C., dba 3T OPEN IMAGING OF WESTCHESTER, and MICHAEL B. SINGER, M.D., and ANTHONY ALAIMO, individually, <br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 22 CV 7914 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   GOTHAM DIAGNOSTIC IMAGING, P.C.,    MICHAEL B. SINGER, M.D.
    dba 3T OPEN IMAGING OF WESTCHESTER    1915-25 Central Park Avenue
    1915-25 Central Park Avenue    Yonkers, New York  10710
    Yonkers, New York 10710

    ANTHONY ALAIMO
    1915-25 Central Park Avenue
    Yonkers, New York  10710

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

    Cilenti & Cooper, PLLC
    60 East 42nd Street - 40th Floor
    New York, New York 10165

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: September 16, 2022            /S/  S.  James
                    *Signature of Clerk or Deputy Clerk*