UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

GARY C. ALTIERI,                                  Case No.: 22 cv 7914 (CS)

        Plaintiff,

  -against-                                         Judgment

GOTHAM DIAGNOSTIC IMAGING, P.C., *dba*
3T OPEN IMAGING OF WESTCHESTER, *and*
MICHAEL B. SINGER, M.D., *and*
ANTHONY ALAIMO, *individually*,

        Defendants.

---

**WHEREAS**, pursuant to Rule 68 of the Federal Rules of Civil Procedure, Gotham Diagnostic Imaging, P.C., Michael B. Singer, M.D., and Anthony Alaimo (collectively, "Defendants"), having offered to allow Plaintiff Gary C. Altieri ("Plaintiff") to take a judgment against them, in accordance with the terms and conditions of Defendants' Rule 68 Offer of Judgment dated March 14, 2023, and filed as Exhibit "A" to Docket Number 26;

**WHEREAS**, on March 27, 2023, Plaintiff's attorneys having confirmed Plaintiff's acceptance of Defendants' Offer of Judgment (Docket 26);

It is **ORDERED AND ADJUDGED**, that judgment is entered in favor of Plaintiff in the amount of twenty-five thousand dollars ($25,000.00), and the clerk is directed to close the case.

Dated: New York, New York
       March 27, 2023

*Cathy Seibel*

_____, D.J.